UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOUGLASS LEVAN and | : | CIVIL ACTION NO. |
| JEAN LEVAN, | : | |
| | : | |
|    Plaintiffs, | : | |
| | : | |
| V. | : | |
| | : | |
| BELL HELICOPTER TEXTRON, INC., | : | |
| BOMBARDIER, INC., individually | : | JANUARY 16, 2019 |
| and as successor to de Havilland, | : | |
| HILLER AIRCRAFT CORP., | : | |
| TEXTRON AVIATION, individually | : | |
| and as successor to Cessna Aircraft Co., | : | |
| | : | |
|    Defendants. | | |

## **DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant Textron Aviation, Inc., sued incorrectly herein as Textron Aviation, ("Textron Aviation" or "Defendant") hereby gives notice that it is timely removing this civil action to the United States District Court for the District of Connecticut because the amount in controversy exceeds the jurisdictional limits and there is complete diversity of citizenship among the parties. In support of this Notice of Removal, the defendant Textron Aviation states as follows:

### I.    **NATURE OF THE CASE**

1. Plaintiffs filed the Summons and Complaint dated December 17, 2018 and allegedly served it on the defendants. The Summons and Complaint are attached as Exhibit 1.

2. Plaintiffs seek damages as a result of injuries allegedly sustained through asbestos exposure.

## II.     REQUIREMENTS FOR REMOVAL

3.     This Notice of Removal is timely, pursuant to 28 U.S.C. § 1446(b), because it is being filed within thirty days after service on the defendant Textron Aviation.

4.     Removal is proper under 28 U.S.C. § 1441(a).  The Superior Court for the State of Connecticut, Judicial District of Bridgeport, the court in which this action is pending, is located within the jurisdiction of the United States District Court for the District of Connecticut.

5.     No other defendants have appeared to seek consent to removal.

6.     Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings and orders filed and served to date in the action are attached hereto as Exhibit 1.

7.     Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action has been given to Plaintiff's counsel, and Notice of Filing the Notice of Removal has been filed with the Clerk of the Superior Court for the State of Connecticut, Judicial District of Bridgeport.  A true and accurate copy of the Notice of Filing of the Notice of Removal is attached hereto as Exhibit 2.

## III.    STATUTORY BASIS FOR FEDERAL JURISDICTION

8.     Removal of this action is proper under 28 U.S.C. § 1441.  The Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) as it is a civil action between citizens of different states and a different country and in which the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

### A.     There Is Complete Diversity of Citizenship between the Parties

9.     Plaintiffs are citizens of the State of Connecticut. *See Summons and Complaint*, Exhibit 1, paras. 1-2.

10. Defendant Textron Aviation, Inc. is a Kansas corporation with a principal place of business in Kansas.

11. Upon information and belief, defendant Bell Helicopter Textron, Inc. is a Delaware corporation with a principal place of business in Texas.

12. Upon information and belief, defendant Bombardier, Inc. is a foreign corporation with a principal place of business in Quebec, Canada.

13. Upon information and belief, defendant Hiller Aircraft Corp. is a California corporation with a principal place of business in California.

14. For purposes of diversity jurisdiction, a corporation is deemed a citizen of the state in which it is incorporated and the state where it has its principal place of business. 28 U.S.C. § 1332(c).

15. As plaintiffs are citizens of Connecticut and all defendants are either citizens of different states or a foreign country, complete diversity is satisfied.

### B.     The Amount in Controversy Exceeds the Jurisdictional Threshold

16. In the Complaint, Plaintiff alleges <u>inter</u> <u>alia</u>, that defendants sold asbestos-containing products to which plaintiff Douglass Levan was allegedly exposed, which led to his diagnosis of mesothelioma. Plaintiffs claim that exposure to asbestos caused plaintiff Douglass Levan to sustain severe, painful and permanent injuries.[1]

17. Although the Plaintiff's Complaint does not specify the amount in controversy, upon information and belief, plaintiffs are seeking an amount that exceeds $75,000, which is consistent with other asbestos cases and similar alleged injuries.

---

[1] Textron Aviation denies the allegations against it which will be raised by various affirmative defenses.

18. As a result, it is apparent that the amount in controversy in this case is in excess of $75,000, and that removal is proper.

## IV. **PRAYER FOR RELIEF**

19. Because the minimum jurisdictional threshold is met and complete diversity of citizenship exists among the parties, Defendant respectfully requests that this Court assume jurisdiction over this action and proceed with its handling as if it had been filed in the United States District Court for the District of Connecticut.

        DEFENDANT,
        TEXTRON AVIATION, INC.

        By: /s Joshua Milrad
            Joshua Milrad (ct19321)
            Goldberg Segalla LLP
            100 Pearl Street, Suite 1100
            Hartford, CT 06103
            Tel: (860) 760-3325
            Fax: (860) 760-3301
            Email: jmilrad@goldbergsegalla.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 16, 2019, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      Christopher Meisenkothen
Early, Lucarelli, Sweeney & Meisenkothen
One Century Tower, 11th Floor
265 Church Street, PO Box 1866
New Haven, Connecticut 06508-1866
*Counsel for the Plaintiff*

      /s Joshua Milrad

      Joshua Milrad

NOTICE TO COUNSEL RE LOCAL RULE 5(b)

To ensure that our records are complete and to ensure that you receive notice of hearings and any court rulings, PLEASE FILE AN APPEARANCE with this office in accordance with Local Rule 5(b) of the Local Rules of Civil Procedure for the District of Connecticut.